UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 11-87-MO |
| v. | INDICTMENT |
| AARON KEY,<br>    a.k.a. "Cino,"<br>    a.k.a. "C-Note," | 26 U.S.C. § 5861(d)<br><br>UNDER SEAL |
|             Defendant. | |

THE GRAND JURY CHARGES:

**Count 1:**
**[Unlawful Possession of an Unregistered Firearm]**

On or about February 16, 2011, in the District of Oregon, **AARON KEY, a.k.a. "Cino," a.k.a. "C-Note,"** defendant herein, knowingly and intentionally possessed a firearm, as defined in Title 26, United States Code, Section 5845(a), to-wit: a Sears Roebuck & Company CBC, model 282.510831, 20 gauge shotgun having a barrel of less than 18 inches in length and with serial number 769698, which had not been registered to him in the National Firearms

Registration and Transfer Record as required by Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Section 5861(d).

DATED this 24 day of February 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON, OSB # 09054
United States Attorney
District of Oregon

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney